| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 02 CR 477-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: ALEJANDRO TEJADA 336 CENTRY STREET JAMAICA PLAIN, MASSACHUSETTS 02122 | DISTRICT SOUTHERN DISTRICT OF NEW YORK | DIVISION SUPERVISED RELEASE |
|---|---|---|
| | NAME OF SENTENCING JUDGE HONORABLE LEWIS A. KAPLAN | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM DECEMBER 5, 2003 — TO DECEMBER 4, 2008 |

**OFFENSE**

Conspiracy to Distribute Cocaine in violation of 21 USC 846, Distribution and Possession with Intent to Distribute Cocaine in violation of 21 USC 812, 841(b)(1)(A), and Wire Fraud in violation of 18 USC 1343 and 1346

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>"SOUTHERN DISTRICT OF NEW YORK"</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the DISTRICT OF MASSACHUSETTS upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_8/11/04_                                                                 _[signature]_
Date                                                                                       United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Oct 25, 2004_                                                        _William G. Young_
Effective Date                                                                        United States District Judge